UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEZZACK DANIELS,<br><br>　　　　Defendant. | Case No. 13-cr-00523-WHO-1<br><br>**ORDER GRANTING THE GOVERNMENT'S EX PARTE MOTION REGARDING DISCIPLINE RECORDS** |

The government subpoenaed discipline records from the Office of Citizen Complaints and the San Francisco Police Department regarding the officers whom the government intends to call as witnesses in its case-in-chief, and submitted them to me for review ex parte to determine if they should be disclosed. The government argues that the materials are not subject to review by the defendant under *United States v Henthorn*, 931 F.2d 29 (9th Cir. 1991). Having reviewed the materials, I GRANT the government's motion. The materials are irrelevant and not probative of truthfulness or otherwise helpful to the defense.

　　**IT IS SO ORDERED**.

Dated: November 10, 2015



WILLIAM H. ORRICK
United States District Judge