GILBERT EISENBERG, ESQ.   (SBN: 28900)
LAW OFFICE OF GILBERT EISENBERG
819 Eddy Street
San Francisco, CA 94109
(415) 433-3476     BUSINESS
(415) 296-8734     FACSIMILE
g.eisenberg@sbcglobal.net  E-mail

Attorney for Hezzack Daniels

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. : CR-13-0523- WHO |
| ) | |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE DATE FOR |
| HEZZACK DANIELS, ) | IMPOSITION OF JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The court on August 11, 2016, with all parties present and represented by counsel, set a Sentencing date for December 1, 2016 at 1:30 p.m.

2. The court also, on August 11, 2016, granted defense counsel's request that defendant be examined by a neuropsychologist as part of preparation for the sentencing hearing.

// //

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DATE FOR IMPOSITION OF JUDGMENT            1

3. The court, pursuant to Stipulation and at the request of the Defendant, reset the date for Imposition of Judgment to January 5, 2016.

4. The parties now stipulate and agree that the matter should be continued for Imposition of Judgment to March 9, 2017 at 1:30P.M. The reason for this request is that the neuropsychologist who has done the testing needs the additional time to review the test results and the voluminous medical records of the defendant to prepare the evaluation and report. This date is agreeable with the United States Probation Office.

IT IS SO STIPULATED.

DATED: December 20, 2016                    BRIAN J. STRETCH
                                            United States Attorney


                                            _____/s/_____
                                            SARAH HAWKINS
                                            WILLIAM J. EDELMAN
                                            Assistant United States Attorneys


DATED: December 20, 2016                    _____/s/_____
                                            Gilbert Eisenberg
                                            Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DATE FOR IMPOSITION OF JUDGMENT            2

1
2
3
4
5
6
7

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, and GOOD CAUSE APPEARING:

IT IS SO ORDERED that the sentencing date is reset for March 9, 2017.

DATED: December 22, 2016

HON. WILLIAM H. ORRICK
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE DATE FOR IMPOSITION OF JUDGMENT           3